**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Aubria Carter, <br><br>               Plaintiff, <br> v. <br><br> Performant Recovery, Inc.; and DOES 1-10, inclusive, <br><br>               Defendants. | Civil Action No.: 1:14-cv-10378 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

      Aubria Carter ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and gives notice that the action is dismissed without prejudice as to all Defendants. Should Plaintiff not file a request to reinstate within sixty (60) days, said dismissal shall be with prejudice.

Dated: February 17, 2015

                                                      Respectfully submitted,

                                                      PLAINTIFF, Aubria Carter

                                                      By:   /s/Sergei Lemberg
                                                            Sergei Lemberg, Esq.
                                                            LEMBERG LAW, L.L.C.
                                                            1100 Summer Street, 3rd Floor
                                                            Stamford, CT 06905
                                                            Telephone: (203) 653-2250
                                                            Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF), which sent notice to the following:

David M. Schultz
Palak N. Shah
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
*Attorneys for Defendant*

                                      By /s/Sergei Lemberg
                                            Sergei Lemberg