## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Aubria Carter

                            Plaintiff,

v.                                                              Case No.: 1:14–cv–10378
                                                               Honorable James F. Holderman

Performant Recovery, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 18, 2015:

       MINUTE entry before the Honorable James F. Holderman: A notice of voluntary dismissal has been filed. This case is dismissed without prejudice. Should Plaintiff not file a request to reinstate within sixty days, dismissal shall be with prejudice. Civil Case Terminated. Notices mailed by Judicial Staff. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.